# ATTACHMENT # A

**From:** **Kevin (Pornhub Support)**[redacted]
**Subject:** Re: [Pornhub] CONTENT REMOVAL
**Date:** [redacted]
**To:** Tyrone Blackburn [redacted]

Your request (2081338) has been updated. To add additional comments, reply to this email.

**Kevin** (Pornhub)

Hello Tyrone,

Thank you for contacting Pornhub Support.

To have content removed from other sites you must contact those other sites.

The videos have been removed as per your request. Please note that they may remain visible to you until you've refreshed your browser or cleared your browser history or cache. In addition, reported CDN links may take slightly longer to remove but rest assured, we are working on it.

We have taken it upon ourselves to fingerprint the videos with Vobile on your behalf. This should help block future uploads of the fingerprinted videos.

The user's account has also been deleted for violating our Terms of Service.

For more information on our Policies and Guidelines, please visit our Trust & Safety Center.

Best,

**From:** **Kevin (Pornhub Support)** [redacted]
**Subject:** Re: [Pornhub] CONTENT REMOVAL
**Date:** [redacted]
**To:** Tyrone Blackburn [redacted]

Your request (2081338) has been updated. To add additional comments, reply to this email.

**Kevin** (Pornhub)

Hello Tyrone,

Thank you for contacting Pornhub Support.

The video has been removed as per your request. Please note that it may remain visible to you until you've refreshed your browser or cleared your browser history or cache. In addition, a reported CDN link may take slightly longer to remove but rest assured, we are working on it.

We have taken it upon ourselves to fingerprint the video with Vobile on your behalf. This should help block future uploads of the fingerprinted video.

The user's account has also been deleted for violating our Terms of Service.

For more information on our Policies and Guidelines, please visit our Trust & Safety Center.

Best,

Zendesk

[XGDP6P-YYYO]

**From:** **Tyrone Blackburn** [redacted]
**Subject:** Re: [Pornhub] CONTENT REMOVAL
**Date:** [redacted]
**To:** Pornhub Support [redacted]

---

Good afternoon Taylor,

There are other versions of the video on Pornhubs website, please have these removed:

https://www.pornhub.com/view[redacted]
https://www.pornhub.com/view[redacted]

Is it possible to have the previews of four videos removed from PornMD.com. The like is here:
https://www.pornmd.com[redacted]

Title of videos:

**"[redacted] Having fun doggystyle"**

**"[redacted] Freak"**

**"Sex in [redacted]**

**"Fucking my thot[redacted]"**

If you do not operate or own pornmd.com can you please provide me with the contact information of the owners so I can have the content removed.

Regards,

Tyrone A. Blackburn, Esq.
T. A. Blackburn Law, PLLC.

> Your request (2080177) has been updated. To add additional comments, reply to this email.
>
> ---
>
> **Taylor Lynn** (Pornhub)
>
> Hello
>
> Thanks for reaching out to us. I can confirm that the video link provided has been removed.
>
> All the best
> --
> **Taylor Lynn**

Zendesk

[89RKXR-R4D5]

**From:** **Tyrone Blackburn** [redacted]
**Subject:** Re: [Pornhub] CONTENT REMOVAL
**Date:** [redacted]
**To:** Pornhub Support [redacted]

---

Good morning,

There is another one: https://www.pornhub.com/view[redacted]

The title is:

[redacted].

Kind regards,

Tyrone A. Blackburn, Esq.
T. A. Blackburn Law, PLLC.

> On Dec 8, 2020, at 1:56 PM, Tyrone Blackburn <tblackburn@[redacted] wrote:
>
> Good afternoon Taylor,
>
> There are other versions of the video on Pornhubs website, please have these removed:
>
> https://www.pornhub.com/view[redacted]
> https://www.pornhub.com/view[redacted]
>
> Is it possible to have the previews of four videos removed from PornMD.com. The like is here:
> https://www.pornmd.com[redacted]
>
> Title of videos:
>
> **"[redacted] Having fun doggystyle"**
>
> **"[redacted] Freak"**
>
> **"Sex in [redacted]**
>
> **"Fucking my thot [redacted]"**
>
> If you do not operate or own pornmd.com can you please provide me with the contact information of the owners so I can have the content removed.
>
> Regards,
>
> Tyrone A. Blackburn, Esq.
> T. A. Blackburn Law, PLLC.
>
> > Your request (2080177) has been updated. To add additional comments, reply to this email.
> >
> > ---
> >
> > **Taylor Lynn** (Pornhub)
> >
> > Hello

Thanks for reaching out to us. I can confirm that the video link provided has been removed.

All the best

--

**Taylor Lynn**

Zendesk

[89RKXR-R4D5]

**From:** **Jane (Pornhub Support)** [redacted]
**Subject:** Re: [Pornhub] CONTENT REMOVAL
**Date:** [redacted]
**To:** Tyrone Blackburn [redacted]

Your request (2080177) has been updated. To add additional comments, reply to this email.

**Jane** (Pornhub)

Mr Blackburn,

As per your request, the videos have been removed and fingerprinted.

If you have any additional questions or comments, please let us know.

Please visit our Trust & Safety Center for more information.

[https://www.pornhub.com/view[redacted]
https://www.pornhub.com/view_[redacted]
https://www.pornhub.com/view[redacted]

Unfortunately we do not handle content removal requests from PornMD, here is the appropriate contact information: https://www.pornmd.com[redacted]

*We thank you for reaching out to our support team and hope the above information satisfies your concerns,*

Zendesk

[89RKXR-R4D5]

**From:** Tyrone Blackburn [redacted]
**Subject:** Re: [Pornhub] CONTENT REMOVAL
**Date:** [redacted]
**To:** Pornhub Support [redacted]

> There is another one:

Me fucking [redacted]

**Me fucking** [redacted]

00m 40s 0%

09 Dec 2020 Modelhub

Your request (2080177) has been updated. To add additional comments, reply to this email.

---

**Jane** (Pornhub)

Mr Blackburn,

As per your request, the videos have been removed and fingerprinted.

If you have any additional questions or comments, please let us know.

Please visit our Trust & Safety Center for more information.

[https://www.pornhub.com[redacted]
https://www.pornhub.com[redacted]
https://www.pornhub.com[redacted]

Unfortunately we do not handle content removal requests from PornMD, here is the appropriate contact information:
https://www.pornmd.com[redacted]

*We thank you for reaching out to our support team and hope the above*

**From:** **Pornhub Support** [redacted]
**Subject:** Thank you for contacting Pornhub Support [Reference #2080179]
**Date:** [redacted]
**To:** Tyrone Blackburn [redacted]

---

Hello Tyrone,

Thank you for your report.

Content deemed to violate our Terms of Service will be permanently disabled, and the associated account terminated, where appropriate.

For more information on the basics of what is and is not allowed on Pornhub, our enforcement measures, and available additional support resources, please visit our Trust and Safety page.

Once again, thank you for reaching out to us and taking the time to report this content. A member of our Support Team will be in touch shortly.

Pornhub Support
This is an automated response confirming the receipt of your request.

---

Zendesk

[3PR9GR-R889]

**From:** **Pornhub Support** [redacted]
**Subject:** Thank you for contacting Pornhub Support [Reference #2081338]
**Date:** [redacted]
**To:** [redacted]

Hello Tyrone,

Thank you for your report.

Content deemed to violate our Terms of Service will be permanently disabled, and the associated account terminated, where appropriate.

For more information on the basics of what is and is not allowed on Pornhub, our enforcement measures, and available additional support resources, please visit our Trust and Safety page.

Once again, thank you for reaching out to us and taking the time to report this content. A member of our Support Team will be in touch shortly.

Pornhub Support
This is an automated response confirming the receipt of your request.

Zendesk

[XGDP6P-YYYO]