# ATTACHMENT # E


Capital O
Capital O
soca_yardie · Instagram
View Profile
Yo...that's you in that bathroom video...shit wild
Accept message request from Capital O (soca_yardie)?
Block
Delete
Accept


8:09
Apple ID
Device Info
iPhone
Find My iPhone
On
iCloud Backup
On
Model
iPhone XS
Version
iOS 13.7
Phone Number
[redacted]
Serial Number
IMEI
Remove from Account


8:42
www.icloud.com
Your iCloud storage is almost full.
If you run out of storage, photos, videos, documents and data will no longer be updated.
Learn More
iCloud
iPhone


11:00
4
[redacted]
It's me
Hold your head up, no matter what. We're in your corner.
3 UNREAD MESSAGES
Someone just told me that he cloned your phone. I suggest you check that out
Change all of your passwords to everything. Get rid of that phone and get a new number. It's easy to clone a phone.
If your phone is cloned, he is still monitoring everything


Tereil Sasha
Tereil Sasha
simply_sasha_ · Instagram
View Profile
I have never DMed a random person I'm my life however! I just received a video of you in a bathroom on my whatsapp n I am sooooo hurt and pissed!! Nothing you did justifies the abuse and release of such a private act!!! I hope u have recourse to sue him! Stand in your truth sis and when this video becomes widespread do not let it deter you from speaking your truth and seeking your freedom. I'm praying for you
Accept message request from Tereil Sasha (simply_sasha_)?
Accept


cc__26
cc__26
Instagram
View Profile
Thats you in the bathroom video getting crazy
Accept message request from cc__26?
Accept


12:16
lgoturman
lgoturman
shariabeatyuhbad · Instagram
View Profile
Can you please explain the video in the bathroom?
Accept message request from lgoturman (shariabeatyuhbad)?
Accept


Add This to Your Story
Send Message


digicel_jamaica_
Digicel
1
Post
1,078
Followers
1,760
Following
digiceljamaica
Account under construction
Follow
Message
RIGHT


1:39
Leonardo Mcdonald
Leonardo Mcdonald
chisel22 · Instagram
Follows you
View Profile
Hey I have u video fucking in bathroom
Smh.. if wan can sent u it
Sorry to between [redacted] but clown out ur self like that
Me
Try sent it but it 2 long 2 sent
Accept message request from Leonardo Mcdonald (chisel22)?
Block
Delete
Accept


1:44
Keanu Belle The Creator
Keanu Belle The Creator
keanubelle · Instagram
View Profile
Concerned Male: Just saw your video and sis umma say this from the depth of my blackness, that's no way for a woman/Queen to be treated, you should take legal action, I hope you find peace from here on. Stay strong 💪 stay up Empress🙏
Accept message request from Keanu Belle The Creator (keanubelle)?
Block
Delete
Accept


1:45
Saballann
Saballann
kevaughn___ · Instagram
View Profile
Baby Don't Worry, Your Sex Tape Is Trash Ain't Nobody Gonna Want That, Better Yuh Come Mek A Real BBC Man Fuck Yuh ‼️
Accept message request from Saballann (kevaughn___)?
Accept


1:52
claude Thomas
claude Thomas
trineeboyz · Instagram
View Profile
Hey I saw the sex video and your videos just wanna say no matter if the tape was from yesterday it doesn't give any man the right to put his hands on a woman as a father if 2 girls I feel you and I support you stay strong stay positive ❤️❤️
Accept message request from claude Thomas (trineeboyz)?
Accept


2:12
jtgazadan.vu
jtgazadan.vu
Instagram
View Profile
LMFAOOOO u great in da bead hun
Accept message request from jtgazadan.vu?
Accept


4:26
shayshay3611
instagram
View Profile
[redacted]
Girl this is not an old video. I feel bad for you cuz they are passing this shit around
Accept message request from shayshay3611?
Block
Delete
Accept


7:20
NJ
[redacted]


7:24
NJ
[redacted]