# Attachment D

Sent from my iPhone

Begin forwarded message:

> **From:** Kal Alami [redacted]
> **Date:** November 18, 2024 at 8:53:30 AM EST
> **To:** [redacted]
> **Subject: Police Officer- Certified** [redacted]
> **Reply-To:** [redacted]
>
> ****************************************************************
> Please DO NOT REPLY to this e-mail.
> This is a generated notice and we are unable to reply from this address.
> ****************************************************************
>
> [redacted]
>
> November 18, 2024
>
> Re: 2338
>
> Dear [redacted]:
>
> Thank you for your interest in position Police Officer- Certified - [redacted] . We are pleased that you chose the City of [redacted] as a potential employer. We had several highly qualified candidates for this opening and after careful consideration, we have selected a candidate whose qualifications we believe are best suited for the position.
>
> We sincerely appreciate the time and effort you invested as an applicant. [redacted] is a dynamic and changing organization with new opportunities presenting themselves every day. We hope you will continue to keep the [redacted] in mind as you consider your career options. We wish you the best in your employment endeavors.
>
> Sincerely,
>
> Human Resources Department
>
> ****************************************************************
> Please DO NOT REPLY to this e-mail.
> This is a generated notice and we are unable to reply from this address.
> ****************************************************************
>
> If you do not want to receive emails please click on the following : Unsubscribe from Emails