# Attachment C

[redacted]

[redacted]

POLICE DEPARTMENT

[redacted]

FLORIDA
POLICE

August 2, 2024

[redacted]

Dear [redacted]

This letter is in reference to your application for the position of Police Officer for the [redacted] Police Department.

Due to your unsuccessful completion of the conditional offer process, we are rescinding your conditional offer of employment.

Your interest in employment with the [redacted] is appreciated and we wish you the best of luck in your career endeavors.

Sincerely,

[redacted]

NC:nl

[redacted]