# Attachment B




**THE CENTER FOR INDIVIDUAL AND RELATIONAL DEVELOPMENT**
12773 W. Forest Hill Blvd, Suite 214, Wellington, Florida 33414

June 11, 2022

To whom it may concern,

Per request of my client, I am documenting how many sessions I met with the client(s), how much the client paid for the sessions, and if future sessions will be needed. I saw [redacted] individually [redacted] sessions, and her and her son, [redacted] sessions. The client paid [redacted] a session for a total of [redacted] As the clinical issue was [redacted] I always recommend future sessions to process and learn tools to manage the pain of the past. I am recommending an additional [redacted] which could be used individually by [redacted] therapy with [redacted]

Melissa Schwartz, LCSW, LMFT