T. A. BLACKBURN LAW, PLLC
1242 East 80th Street, 3rd Floor • Brooklyn, New York 11236
Telephone: (347) 342-7432 • Email: TBlackburn@TABlackburnLaw.com

October 8, 2026

VIA ECF
Honorable Hector Gonzalez
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: K.F. v. MindGeek S.a.r.l. (n/k/a Aylo S.a.r.l.), et al.
Civil Action No. 1:26-cv-05912-HG
Plaintiff's Service Status Report
Pursuant to September 30, 2026, Order

Dear Judge Gonzalez:

I represent Plaintiff K.F. and respectfully submit this letter in response to the Court's September 30, 2026, Order directing Plaintiff to report her efforts to serve the complaint and summons on each Defendant by October 21, 2026. Plaintiff submits this report on October 8, thirteen days before that deadline. Plaintiff is pursuing service through retained process servers and private investigators while also seeking voluntary waivers; she is not awaiting a response to the waiver requests before pursuing service.

**Identification of counsel and waiver requests.** I reviewed the dockets of similar litigation to identify attorneys representing overlapping Defendants. For example, the six corporate defendants in Jane Doe v. MindGeek USA Incorporated, No. 8:21-cv-00338-WLH-ADS (C.D. Cal.), a certified class action, are represented by Mintz attorneys Seth R. Goldman, Kevin M. McGinty, Arameh Z. O'Boyle, and Esteban Morales Fabila.[1] Mintz also represents overlapping corporate defendants in Serena Fleites v. MindGeek S.A.R.L., No. 2:21-cv-04920-WLH-ADS (C.D. Cal.), and related individual actions; the July 20, 2026 order in Fleites identifies fourteen related cases.[2]

On September 28, 2026, the same day the Clerk issued the summons in this action, I emailed Mr. Goldman, Mr. McGinty, Ms. O'Boyle, and Mr. Morales Fabila the summons, filed complaint, and six completed Rule 4 waiver forms. The forms concerned MindGeek S.a.r.l.; MG Freesites, Ltd.; MG Freesites II, Ltd.; MG Content RT Limited; MindGeek USA Incorporated; and 9219-1568 Quebec, Inc. I also requested confirmation of the Defendants counsel represents in this action. I followed up on September 30. (**See, Exhibit 1**).

[1] Jane Doe, No. 8:21-cv-00338, party/counsel roster: https://www.courtlistener.com/docket/59305439/parties/jane-doe-v-mindgeek-usa-incorporated/; certified-class notice: https://www.mindgeekclassactionlitigation.com/faq

[2] Fleites, ECF No. 735, at 2 n.1 (July 20, 2026): https://www.whitecase.com/sites/default/files/2026-07/colbeck-capital-management-july-2026.pdf; counsel roster: https://www.courtlistener.com/docket/59992265/parties/serena-fleites-v-mindgeek-sarl/

On October 1, Ms. O'Boyle responded: "We have received your emails and are reviewing the requests. We will be in touch shortly." I responded that same day, advising her of the Court's October 21 reporting deadline and that I had retained international private-investigator process servers and United States process servers. I explained that service efforts were continuing and that I would accept returned waivers if received in time to cancel the corresponding service attempts. As of this letter, I have received no further response to that email.

**Defendants with United States corporate addresses.** Retained process servers are actively attempting to serve the summons and complaint on each of the following: (1) RK Holdings USA Inc.; (2) MindGeek USA Incorporated (n/k/a Aylo USA Incorporated); and (3) MG Global Entertainment Inc. (n/k/a Aylo Global Entertainment, Inc.). Some available corporate addresses have proved inaccurate or require further verification. The process servers are conducting skip-trace searches to locate reliable service addresses and appropriate recipients. Plaintiff anticipates completing service on these three Defendants within the coming weeks, subject to the results of those searches and attempts. These efforts are ongoing.

**Remaining named Defendants.** Plaintiff is also pursuing service of the summons and complaint through local process servers and private investigators in the home countries of the following eleven Defendants: MindGeek S.a.r.l. (n/k/a Aylo S.a.r.l.); MG Freesites, Ltd. (n/k/a Aylo Freesites Ltd.); MG Freesites II, Ltd.; MG Content RT Limited; MG Premium Ltd. (n/k/a Aylo Premium Ltd.); 9219-1568 Quebec, Inc. d/b/a MindGeek; TrafficJunky Inc. d/b/a TrafficJunky.com; Bernd Bergmair; Feras Antoon; David Tassillo; and Corey Urman. The present efforts concern locating and verifying service addresses and arranging or attempting service locally. Plaintiff will ensure that the method used for each Defendant complies with Rule 4 and any applicable international service requirements. Plaintiff is not reporting completed service on any of these eleven Defendants at this time.

The complaint also names John and Jane Does 1–10. Those Defendants remain unidentified, and Plaintiff cannot presently report individual service attempts on them.

Plaintiff respectfully submits that these concurrent efforts demonstrate diligence: counsel sought waivers immediately upon issuance of the summons, promptly followed up, retained domestic and international service professionals, and is pursuing address verification and service rather than allowing the waiver discussions to delay those efforts. Plaintiff will file the appropriate proof of service or executed waiver as service is completed. No extension of either the reporting deadline or the service deadline is requested by this letter. If an extension becomes necessary, Plaintiff will make a timely, supported application in accordance with the Court's Individual Practice Rules.

Respectfully submitted,

*/s/ Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.
T. A. Blackburn Law, PLLC
Counsel for Plaintiff

# Exhibit 1

Gmail Tyrone Blackburn <tblackburn@tablackburnlaw.com>

# Waiver of Service:K.F. v. MindGeek S.a.r.l. (n/k/a Aylo S.a.r.l.), et al. Civil Action No. 1:26-cv-05912-HG (E.D.N.Y.)

4 messages

**Tyrone Blackburn** <tblackburn@tablackburnlaw.com> Mon, Sep 28, 2026 at 10:57 PM
To: srgoldman@mintz.com, kmcginty@mintz.com, azoboyle@mintz.com, emorales@mintz.com
Cc: beene naulapw <beenenaulapwa@gmail.com>, Kirby Farrell <kirbyfarrell23@gmail.com>

Dear Mr. Goldman:

I represent Kirby Farrell, identified as K.F. in the above-referenced action pending in the Eastern District of New York. Attached are the filed Complaint and Exhibits, issued Summons, and Rule 4 waiver requests and forms.

Please confirm, **for each named defendant**, whether your firm represents that defendant in this action and whether you are authorized to execute a waiver of service on that defendant's behalf. For any defendant you do not represent, please provide counsel's name and contact information, if known.

For those defendants whose service you are authorized to waive, please return the signed waiver forms within the applicable period stated in the requests.

Thank you for your cooperation.

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

---

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.
CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this

transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.
CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.

---

**8 attachments**

**MG_Content_RT_Limited.pdf**
267K

**MindGeek_USA_Incorporated.pdf**
267K

**Quebec_Inc_d_b_a_MindGeek.pdf**
267K

**MG_Freesites_II_Ltd.pdf**
267K

**MG_Freesites_Ltd.pdf**
267K

**MindGeek_S_a_r_l.pdf**
267K

**Summons issued .pdf**
240K

**Filed Compliant and Exhibits.pdf**
1142K

---

**Tyrone Blackburn** <tblackburn@tablackburnlaw.com> Wed, Sep 30, 2026 at 2:14 PM
To: srgoldman@mintz.com, kmcginty@mintz.com, azoboyle@mintz.com, emorales@mintz.com
Cc: beene naulapw <beenenaulapwa@gmail.com>, Kirby Farrell <kirbyfarrell23@gmail.com>

Following up.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

---

---

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.
CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.
CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.

[Quoted text hidden]

---

**O'Boyle, Arameh** <AZOBoyle@mintz.com> Thu, Oct 1, 2026 at 4:47 PM
To: Tyrone Blackburn <tblackburn@tablackburnlaw.com>
Cc: "Goldman, Seth" <SRGoldman@mintz.com>, "McGinty, Kevin" <KMcGinty@mintz.com>, "Morales, Esteban" <Emorales@mintz.com>

Dear Mr. Blackburn,

Thank you for your follow-up. We have received your emails and are reviewing the requests. We will be in touch shortly.

Best,

Arameh

**Arameh Z. O'Boyle**
*Member*

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
2049 Century Park East, Suite 300, Los Angeles, CA 90067
Office: +1.310.226.7846 | Mobile: +1.310.279.2609

AZOBoyle@mintz.com | Mintz.com

MINTZ

[Quoted text hidden]

---

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the email to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify the Mintz, Levin, Cohn, Ferris, Glovsky and Popeo sender immediately, and destroy all copies of this message and any attachments.

---

**Tyrone Blackburn** <tblackburn@tablackburnlaw.com> Thu, Oct 1, 2026 at 4:59 PM
To: "O'Boyle, Arameh" <AZOBoyle@mintz.com>
Cc: "Goldman, Seth" <SRGoldman@mintz.com>, "McGinty, Kevin" <KMcGinty@mintz.com>, "Morales, Esteban" <Emorales@mintz.com>, Kirby Farrell <kirbyfarrell23@gmail.com>, beene naulapw <beenenaulapwa@gmail.com>

Thank you for your response. The court issued an order stating that Plaintiff must update the status of service of process by October 21, 2026. As a result, we have retained international private investigator process servers, as well as process servers in the United States for the defendants who have US addresses. Your clients will likely be served within the coming days and weeks. If I receive the waivers with time to cancel the service attempts, I will accept them.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

---

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.
CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender,

which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.
CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.

[Quoted text hidden]