# UNITED STATES DISTRICT COURT

for the
Eastern District of New York

**K.F., individually and on behalf of all others similarly situated**

*Plaintiff*

v.

**MINDGEEK S.A.R.L. (n/k/a AYLO S.A.R.L.), a foreign entity; MG FREESITES, LTD. (n/k/a AYLO FREESITES LTD.), d/b/a PORNHUB, a foreign entity; MG FREESITES HU, LTD., a foreign entity; MG CONTENT RT LIMITED, a foreign entity; MINDGEEK USA INCORPORATED (n/k/a AYLO USA INCORPORATED), a Delaware corporation; MG PREMIUM LTD. (n/k/a AYLO PREMIUM LTD.), a foreign entity; MG GLOBAL ENTERTAINMENT INC. (n/k/a AYLO GLOBAL ENTERTAINMENT, INC.), a Delaware corporation; 9219-1568 QUEBEC, INC. d/b/a MINDGEEK, a foreign entity; RK HOLDINGS USA INC., a Florida corporation; TRAFFICJUNKY INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; and JOHN AND JANE DOES 1-10,**

*Defendant*

) ) ) ) ) Civil Action No. 1:26-cv-05912-HG ) ) ) )

## AFFIDAVIT OF SERVICE

Doreen Campbell, affirms and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of Florida.That on October 13, 2026, at 12:06 pm at 7901 4th St N, Ste 300, Saint Petersburg, FL 33702-4399, Deponent served the within SUMMONS IN A CIVIL ACTION, CIVIL COMPLAINT, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: RK HOLDINGS USA INC. (hereinafter referred to as "subject") by leaving the above documents with Eva May who as Intake Specialist at Registered Agents, Inc. is authorized by appointment or by law to receive service of process for RK HOLDINGS USA INC..

My perception of the description of the individual served is as follows:
White Female, est. age 25-34, glasses: Y, Blonde hair, 260 lbs to 280 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=27.8446422,-82.6382681
Photograph: See Exhibit 1

Total Cost: $283.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ Doreen Campbell

Signature
Server Name: Doreen Campbell

Executed in

Pinellas County,

FL on 10/13/2026.




Exhibit 1a)